UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-60552-CIV-COHN

LESLIE GREER,

    Plaintiff,

vs.

ASA BAGELS, INC.,

    Defendant.
_____/

## FINAL ORDER OF DISMISSAL WITH PREJUDICE

**THIS CAUSE** is before the Court upon the parties' Joint Stipulation for Dismissal with Prejudice [DE 14]. The Court being informed that the parties have settled this action, it is **ORDERED AND ADJUDGED** that the parties' Joint Stipulation for Dismissal with Prejudice [DE 14] is hereby **GRANTED**. The above-styled action is hereby **DISMISSED WITH PREJUDICE**, including all claims that could have been raised in this action. Each party to bear their own attorneys' fees and costs. The Clerk may close this case and deny any pending motions as moot.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this 19th day of May, 2011.

_____
JAMES I. COHN
United States District Judge

copies to:

counsel of record as listed on CM/ECF